600 A.2d 531

**Robert BERGMEISTER**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD
(PMA INSURANCE COMPANY).**

**Petition of PMA INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

July 1, 1991.

Reconsideration Denied Dec. 10, 1991.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court dated July 18, 1990, is affirmed and the matter is remanded to the Workmen's Compensation Appeal Board for consideration and disposition of the issues raised by PMA Insurance Company but

1

2

not reached because of the Board's order dated September 18, 1989, at No. A–95630.